THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 2:13-cr-00012-MR-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JACKIE LEE RATTLER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Alter or Amend Judgment [Doc. 282].

The Defendant seeks reconsideration of the Court's December 15, 2016, Order denying his motion for the production of various court documents, including his Presentence Report. Upon careful review, the Court finds no basis in law to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Alter or Amend Judgment [Doc. 282] is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 12, 2017

Martin Reidinger
United States District Judge