# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 2:13-cr-00012-MR-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JACKIE LEE RATTLER, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Compassionate Release in Light of the 2018 First Step Act Pursuant to 18 U.S.C. § 3582(c)(1)(A)." [Doc. 347].

The Defendant, proceeding *pro se*, seeks a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) based on his "deteriorating health conditions and extraordinary rehabilitative efforts." [Doc. 347 at 1]. Upon review of the motion, the Court will allow the Government an opportunity to file a response.

**IT IS, THEREFORE, ORDERED** that the Government shall have thirty (30) days from the entry of this Order to file a response to the Defendant's Motion for Compassionate Release.

**IT IS SO ORDERED.**

Signed: March 20, 2020

Martin Reidinger
United States District Judge